```
                                          SEALED
1  BENJAMIN B. WAGNER                      FILED
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100              FEB 09 2012
   Sacramento, California  95814
4  Telephone: (916) 554-2700               CLERK, U.S. DISTRICT COURT
                                           EASTERN DISTRICT OF CALIFORNIA
5                                          BY _____
                                                   DEPUTY CLERK
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10                              2:12-SW-0038  CKD

11  IN THE MATTER OF THE SEARCH OF:  )  S.W. NO.
                                     )
12                                   )
                                     )
13  719 M St., Davis, California 95616 ) ORDER RE: REQUEST TO SEAL
                                     )  DOCUMENTS
14                                   )
                                     )
15                                   )
                                     )
16  _____)

17     Upon application of the United States of America and good cause
18  having been shown,
19     IT IS HEREBY ORDERED that the search warrant and search warrant
20  affidavit underlying the search warrant in the above-captioned
21  proceeding shall be filed under seal and shall not be disclosed to
22  any person unless otherwise ordered by this Court, with the exception
23  that a copy of the search warrant will be left at the scene of the
24  search.

25  Date: 2/9/12                    _____
26                                   CAROLYN K. DELANEY
                                     United States Magistrate Judge
27                                   Eastern District of California
28

                                   1
```