BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re: Sealed Search Warrants
719 M Street, Davis, CA 95616   )   SW NO. 2:14-SW-00038-CKD

) ORDER TO UNSEAL WARRANTS

    HEREBY, the United States motion to unseal the application, affidavit, and attachments in the above captioned matters is GRANTED.

Dated:  October 23, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER